IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GAYLE M. WASHINGTON, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No.  SA:11-CV-00763-XR |
| | § | |
| JP MORGAN CHASE, | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

**ORDER ON MOTION FOR SUBSTITUTION OF COUNSEL**

On this day came on to be heard Plaintiff's Motion for Substitution of Counsel (Docket No.

12) in the above-styled and numbered cause.  The motion is GRANTED.

Pursuant to the Local Rules of the Western District of Texas:

> An attorney seeking to withdraw from a case must file a motion specifying the reasons for
> withdrawal and providing the name and office address of the successor attorney.  If the
> successor attorney is not known, the motion must set for the client's name, address, and
> telephone number, and must bear either the client's signature or a detailed explanation why
> the client's signature could not be obtained after due diligence.

L.R. AT-3 (W.D. Tex.).  "An attorney may withdraw from representation only upon leave of the

court and a showing of good cause and reasonable notice to the client."  *Matter of Wynn*, 889 F.2d

644, 646 (5th Cir. 1989).  A district court's decision to grant leave to withdraw is within the sound

discretion of the court.  *Id.*

The motion complies with the local rule, and the Court finds that substitution of counsel is

appropriate.  It is therefore ORDERED that Michael G. Panzarella of the Michael G. Panzarella,

PLLC is hereby withdrawn as attorney of record for Plaintiff in this cause and that Kenneth Ernest

Grubbs, Attorney at Law, Woodcock Bldg. Ste. C-120, 4241 Woodcock Dr., San Antonio, TX

78228, is substituted as attorney of record for Plaintiff.

It is so ORDERED.

SIGNED this 14th day of March, 2012.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE